UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FLORA BLACK,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 2:07-cv-0806-MJP-JPD<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including the following: the administrative law judge (ALJ) w will re-evaluate the medical evidence of record; re-evaluate Plaintiff's mental impairments, and consider Dr. Ramos' opinion, using the special technique pursuant to 20 C.F.R. §§ 404.1520a, 416.920a; re-evaluate Plaintiff's credibility and residual functional capacity; and continue with the sequential evaluation process.

Page 1     ORDER- [2:07-cv-0806-MJP-JPD]

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this __7th__ day of __November _ 2007.

*[signature]*

Marsha J. Pechman
U.S. District Judge

Recommended for entry this
6th day of November, 2007.

s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov

Page 2     ORDER- [2:07-cv-0806-MJP-JPD]