01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLORA BLACK, ) | Case No. C07-806-MJP |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING STIPULATED |
| MICHAEL J. ASTRUE, Commissioner, Social ) | MOTION FOR ATTORNEY'S FEES |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On November 7, 2007, this Court ordered that the Commissioner's decision in the above-entitled case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. No. 16. The present matter comes before the Court on the parties' stipulated motion for attorney's fees. Dkt. No. 17. After careful consideration of the stipulation, supporting materials, and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's attorney, Tha Win, is hereby awarded an attorney's fee of $1237.50 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

(2) The Clerk is directed to send copies of this order to the parties and to the Honorable James P. Donohue, United States Magistrate Judge.

ORDER GRANTING STIPULATED
MOTION FOR ATTORNEY'S FEES
PAGE – 1

01      DATED this __7th_ day of __December _____, 2007.

02

03

04                                          _____
05                                          Marsha J. Pechman
                                            U.S. District Judge
06

07
   Recommended for entry this
08 4th day of December, 2007.

09 s/ JAMES P. DONOHUE
   United States Magistrate Judge
10

ORDER GRANTING STIPULATED
MOTION FOR ATTORNEY'S FEES
PAGE – 2